**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE
CLERK OF COURT

TELEPHONE: 202-275-8000

December 20, 2013

To: Jan Marie Conlin

Re:  14-1143 - Z Produx, Inc. v. Make-Up Art Cosmetics, Inc.

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- Statement 2 on the Certificate of Interest is incomplete. All statements must be answered, using "none" or "not applicable" if appropriate. Fed. Cir. R. 47.4(a)

- The Certificate of Interest does not contain a proof of service. Fed. R. App. P. 25; Fed. Cir. R. 25

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole
Daniel O'Toole
Clerk of Court

cc: Robert David Katz