Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Z Produx, Inc.     v. Make-Up Art Cosmetics, Inc.

No. 14-1143

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:     Make-Up Art Cosmetics, Inc.
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☑ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

- Name: Jan M. Conlin
- Law firm: Robins, Kaplan, Miller & Ciresi L.L.P.
- Address: 800 LaSalle Avenue, 2800 LaSalle Plaza
- City, State and ZIP: Minneapolis, MN 55402
- Telephone: 612.349.8218
- Fax #: 612.339.4181
- E-mail address: jmconlin@rkmc.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/15/98

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/18/13
Date

Signature of pro se or counsel

cc: Robert D. Katz

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Dec 31, 2013  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| | |
|---|---|
| Jan M. Conlin | /s/ Jan M. Conlin |
| Name of Counsel | Signature of Counsel |

Law Firm: Robins, Kaplan, Miller & Ciresi L.L.P.
Address: 800 LaSalle Avenue, 2800 LaSalle Plaza
City, State, ZIP: Minneapolis, MN 55402
Telephone Number: 612.349.8218
FAX Number: 612.339.4181
E-mail Address: jmconlin@rkmc.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.